al., Respondents. [893 NYS2d 798]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Peradotto, Pine and Gorski, JJ.

■ JASON ANDREWS, Respondent, v NORTHWEST AUTO MALL et al., Appellants. [893 NYS2d 799]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Fahey, Peradotto and Gorski, JJ.

■ MICHAEL PASSUCCI, Respondent, v THE HOME DEPOT, INC., et al., Appellants. [893 NYS2d 799]—Motion for reargument denied. Present—Centra, J.P., Fahey, Carni and Pine, JJ.

■ JAMES O'DONNELL, Appellant, v BUFFALO-DS ASSOCIATES, LLC, et al., Respondents. [893 NYS2d 799]—Motion for reargument and renewal denied. Present—Scudder, P.J., Smith, Centra and Peradotto, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES L. RIVERS, Appellant. [893 NYS2d 799]—Motion for reargument denied. Present—Scudder, P.J., Centra, Fahey, Green and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EMMETT BAKER, Appellant. [893 NYS2d 799]—Motion for reargument denied. Present—Smith, J.P., Carni, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSE CRUZ, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [893 NYS2d 924]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONELL GRANT, Appellant, v DEPARTMENT OF CORRECTIONAL SERVICES, Respondent. [893 NYS2d 925]—Judgment unanimously affirmed without costs. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Wyoming County, Mark H. Dadd, J.—Habeas Corpus). Present—Scudder, P.J., Smith, Fahey and Lindley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TAMMY S. HUTCHINSON, Appellant. [893 NYS2d 925]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]).